# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PEDRO PALMA, Individually
and on Behalf of all Others
Similarly Situated                                                PLAINTIFF

v.                    No. 3:18-cv-208-DPM

WEST MEMPHIS FENCE &
CONSTRUCTION, INC.                                                DEFENDANT

## ORDER

The motion for conditional certification, *№ 11*, is denied without prejudice, with equitable tolling to Palma, and with instructions. The Court directs targeted written discovery and depositions on the employee/contractor issue, and on how defendant operates its business. In the circumstances, the Court prefers to consider conditional certification on a more-complete picture of defendant's operations and whether others are similarly situated. Renewed motion due by 29 July 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 April 2019