IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PEDRO PALMA, Individually
and on Behalf of all Others
Similarly Situated                                                    PLAINTIFF

v.                              No. 3:18-cv-208-DPM

WEST MEMPHIS FENCE &
CONSTRUCTION, INC.                                                    DEFENDANT

## JUDGMENT

Palma's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2020